IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTON CLIFFORD,                  * | |
|     Plaintiff,            * | |
|                                        * | |
| v.                                                       * | Case No.: 1:22-CV-3464-SEG |
|                                        * | |
| UNITED FOOD AND GAS INC.    * | |
|     Defendant.          * | |

## NOTICE OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 10th day of January, 2023.

                                            __/s/ *Julie McCollister*_____
                                            Counsel for Plaintiff
                                            Julie McCollister
                                            Georgia Bar No. 450726
                                            McCollister Law, LLC
                                            P.O. Box 2525
                                            Blairsville, GA 30514
                                            709-745-0057
                                            jbmccollister@gmail.com

                                            __/s/ *George Brian Spears*_____
                                            Counsel for Defendant
                                            George Brian Spears
                                            Georgia Bar No. 670112
                                            SPEARS & FILIPOVITS LLC
                                            315 W. Ponce de Leon Ave., Ste. 865
                                            Decatur, GA 30030

404-905-2225
bspears@civil-rights.law

__/s/ *Wingo F. Smith*_____
Counsel for Defendant
Wingo F. Smith
Georgia Bar No. 147896
SPEARS & FILIPOVITS LLC
315 W. Ponce de Leon Ave., Ste. 865
Decatur, GA 30030
404-905-2225
wingo@civil-rights.law

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2023, I electronically filed the foregoing Notice of Dismissal with the Clerk of District Court, Northern District of Georgia, via the Court Clerk's CM/ECF system, resulting in a true and correct copy of the same to be delivered to the following:

George Brian Spears
SPEARS & FILIPOVITS LLC
1126 Ponce de Leon Ave.
Atlanta, GA 30306
bspears@civil-rights.law

Wingo F. Smith
SPEARS & FILIPOVITS LLC
1126 Ponce de Leon Ave.
Atlanta, GA 30306
wingo@civil-rights.law

*/s/ Julie McCollister*
Julie McCollister

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a font size of 14.

_/s/ *Julie McCollister*_____
Julie McCollister